

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00251-CR

———————————————

RICARDO DELGADILLO, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 4
Tarrant County, Texas
Trial Court No. 1619801

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. The motion is signed by both Appellant and his counsel, it is unopposed, and it has been filed before our resolution of the appeal. *See* Tex. R. App. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 7, 2025